UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division


EVRON T. STRAND, #1036082,

        Petitioner,

v.                               ACTION NO. 2:23cv688

CHADWICK DOTSON,
Director of the Virginia
Department of Corrections,

        Respondent.


**FINAL ORDER**

Petitioner Evron T. Strand ("Strand"), a Virginia inmate, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. Strand challenges his convictions in the Circuit Court for Accomack County in January 2019 for four counts of solicitation of murder, one count of conspiracy to commit capital murder, one count of conspiracy to obstruct justice, and one count of attempted capital murder by another for hire, for which he was sentenced to 50 years in the Virginia penal system on August 1, 2019. *Id.* at 1; *Commonwealth v. Strand*, No. CR18-00072-01–03, -05, -06, -08, -12 (Va. Cir. Ct. Aug. 1, 2019). Respondent filed a motion to dismiss the petition on April 16, 2024. ECF No. 12. Strand filed two responses to the motion as well as a supplement to his petition. ECF Nos. 19, 26, 29.

This matter was referred to the United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. On October 30, 2024, the Magistrate Judge prepared a report and recommendation, recommending that respondent's motion to dismiss be

granted, and the petition for a writ of habeas corpus be denied and dismissed with prejudice as barred by the statute of limitations.   ECF No. 30.   On November 19, 2024, the Court received Strand's objections to the report and recommendation.   ECF No. 33.

The Court, having reviewed the record and examined the objections filed by Strand to the report and recommendation, and having made *de novo* findings with respect to the portions objected to, does hereby adopt and approve the findings and recommendations set forth in the report and recommendation.   The Court, therefore, **ORDERS** that respondent's motion to dismiss, ECF No. 12, is **GRANTED**, and the petition for a writ of habeas corpus, ECF No. 1, is **DENIED** and **DISMISSED WITH PREJUDICE** as barred by the statute of limitations.

Finding that the basis for dismissal of Strand's section 2254 petition is not debatable, and alternatively finding that Strand has not made a "substantial showing of the denial of a constitutional right," a certificate of appealability is **DENIED**.   28 U.S.C. § 2253(c); *see* Rule 11(a) of the Rules Gov. § 2254 Cases in U.S. Dist. Cts.; *Miller-El v. Cockrell*, 537 U.S. 322, 335–38 (2003); *Slack v. McDaniel*, 529 U.S. 473, 483–85 (2000).

Strand is **ADVISED** that because a certificate of appealability is denied by this Court, he may seek a certificate from the United States Court of Appeals for the Fourth Circuit.   Fed. R. App. P. 22(b); Rule 11(a) of the Rules Gov. § 2254 Cases in U.S. Dist. Cts.   **If Strand intends to seek a certificate of appealability from the Fourth Circuit, he must do so within thirty (30) days from the date of this Order.   Strand may seek such a certificate by filing a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.**

The Clerk shall forward a copy of this Final Order to Strand and counsel of record for respondent.

Arenda L. Wright Allen
United States District Judge

Norfolk, Virginia
March 31, 2025